IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    VS.                             :     No. CR-2-06-206
                                                      JUDGE MARBLEY

MARLON MORRIS

### ORDER TO DISMISS THE INDICTMENT

The Government having moved to dismiss the Indictment in this matter and the Court being duly advised of the reasons;

IT IS HEREBY ORDERED that said Indictment be dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

May 7, 2007
DATE